47 A.3d 1177

Michael MOORE, pro se, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 53 EM 2012.

Supreme Court of Pennsylvania.

July 9, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 9th day of July, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition

for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**